UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO M. SOSA,

           Plaintiff,

-v-

ACTING COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

CIVIL ACTION NO.: 21 Civ. 8198 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request for a 30-day extension of time to file his motion for judgment on the pleadings (ECF No. 14) is GRANTED, and the Court orders as follows:

1. By **April 27, 2022**, Plaintiff shall file his motion for judgment on the pleadings;

2. By **June 27, 2022**, the Commissioner shall file its motion for judgment on the pleadings; and

3. By **July 18, 2022**, Plaintiff shall file his reply.

The Clerk of Court is respectfully directed to close ECF No. 14.

Dated:      New York, New York
              March 7, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**