**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PEDRO M. SOSA,

                Plaintiff,                      21 **CIVIL** 8198 (SLC)

      -v-                                    <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 18, 2022, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Commissioner will offer plaintiff the opportunity for a new hearing and submission of additional evidence in support of his claim.

**Dated:**  New York, New York
          May 19, 2022

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                        **BY:**      *K. Mango*

                                                                 **Deputy Clerk**